James S. Link (SBN 94280)
Baraban & Teske
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626)440-9882
(626)440-9393(fax)
james.s.link@att.net

Attorney for Defendant B-K La Canada Property, LLC

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>V.<br><br>B-K LA CANADA PROPERTY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-02531-RSWL-KS<br><br>**Declaration Of James S. Link In Support Of Motion To Dismiss For Lack Of Jurisdiction Pursuant To FRCP, Rule 12(b)(1) and (6)**<br><br>Hearing Date: June 8, 2021<br>Time: 10:00 a.m.<br>Courtroom:  TDB |

James S. Link declares:

1.     I am an attorney licensed to practice law in the state of California and admitted to practice in the United States District Court for the Central District of California.  I am counsel of record for Defendant B-K La Canada Property, LLC.  I have personal knowledge of the facts stated in this declaration.

2.     Exhibit 1 is the declaration of plaintiff James Shayler filed in Shayler v. Patel, Case 2:20-cv-00235-ODW-KS, Document 54-2, Filed 09/28/20 that I downloaded from Pacer.

3.     Exhibit 2 is a print out of a Google map showing the distance between plaintiff's residence in Culver City, which I located using Exhibit 1 and LEXIS public records search, and Starbucks which is located on the property of B-K La

Canada Property, LLC.

4. Exhibit 3 is entitled Shayler Cases, which is a compilation of information from the 151 ADA cases he has filed. I personally prepared this compilation of cases by reviewing the allegations of each of the complaints.

5. In each of the complaints, plaintiff James Shayler alleges he intends to return to the properties in issue soon or in the near future but is deterred from doing so or intends to return when he is informed the property is remediated.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Date: May 10, 2021

_____
James S. Link