Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VINOOD PATEL, as an individual;<br>CHAYA PATEL, as an individual;<br>JOSE URIBE dba V & N NURSERY;<br>and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00235-ODW-KS<br><br>Hon. Otis D. Wright, II<br><br>**DECLARATION OF JAMES SHAYLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: October 19, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5D |

---

DECLARATION OF JAMES SHAYLER ISO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS SAC
1

Exhibit 1

# DECLARATION OF JAMES SHAYLER

I, James Shayler, declare as follows:

1. I am over the age of eighteen, of sound mind and capable of making this declaration.

2. I am the Plaintiff in this action. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Complaint.

3. I have knowledge of the matters contained herein and they are true and correct of my own personal knowledge, except for those matters stated upon information and belief, and as to those matters, I believe them to be true and correct. If called and sworn as a witness, I could and would testify competently hereto.

4. Depending on traffic, 3954 Sepulveda Blvd., Culver City, CA 90230 (the "Subject Property") is located within five (5) to ten (10) minutes driving distance from my home.

5. The business establishment at the Subject Property that is the subject of the current lawsuit is the "V & N Nursery," which is a gardening store that sells plants and gardening supplies.

6. I am a gardening enthusiast, and the V & N Nursery is close to my home and therefore convenient for me.

7. The V & N Nursery also carries a large assortment and variety of plants and other gardening equipment and products.

8. Prior to filing the current lawsuit, I visited the V & N Nursery on several occasions to buy plants and other gardening products.

9. Because of the close proximity of the Subject Property to my residence, I travel near the Subject Property on a nearly daily basis.

10. I have had two knee replacement surgeries. I suffer from an acute pinched sciatic nerve. I also have arthritis. I have difficulty walking and standing, and I have limited range of movement in my legs. I use a walker as needed. The State of California has found me to be permanently disabled, and issued me a blue Disabled Person Parking Placard.

11. I encountered the access barriers set forth in paragraph 21 of the Second Amended Complaint. The barriers caused me discomfort and denied me equal access to the Subject Property. Specifically, among other things, (a) with respect to the multiple areas in the interior and exterior of the business that had slopes, it was difficult for me to push my walker forward, and there was a risk that my walker would roll backward toward me, (b) with respect to the failure to provide clear aisles with adequate floor space inside the business, I could not fit my walker through the narrow paths, or the paths that were blocked by fallen plants or other items, (c) with respect to the changes in level at the front doorway,

I could not maneuver my walker and open the door at the same time, and (d) with respect to the changes of level in the ground inside the business, the loose, rocky ground made it difficult for me to walk with my walker, and I could not both maneuver my walker and retrieve plants from the shelving fixtures adjacent to the unlevel ground.

12. I have recently learned that several new barriers have arisen on the property which would make it difficult, if not impossible, for me to visit the store.

13. I am deterred from returning to the V & N Nursery because they have not fixed most of the barriers I faced, and because several new barriers have arisen. However, I plan to return to the V & N Nursery as soon as these barriers have been remedied or removed, when I can access the property fully like other customers who do not have disabilities. I look forward to the day I can return to the V & N Nursery to obtain plants and supplies in support of my gardening hobby, including because the nursery is conveniently located near my home and because it has a vast assortment of plants and other gardening products.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 28, 2020

_____
James Shayler

---

DECLARATION OF JAMES SHAYLER ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SAC

4