475 Foothill Blvd to 3107 Summertime Ln, Culver City, CA 90230 - Google Maps    5/7/21, 7:08 AM

# Google Maps

**475 Foothill Blvd to 3107 Summertime Ln, Culver City, CA 90230**

Drive 24.4 miles, 29 min



Map data ©2021  2 mi

| | via CA-2 S | 29 min |
|---|---|---|
| | Fastest route, the usual traffic<br>⚠ This route has restricted usage or private roads. | 24.4 miles |

| | via CA-110 | 31 min |
|---|---|---|
| | | 24.2 miles |

| | via I-405 S | 38 min |
|---|---|---|
| | | 35.0 miles |

## Explore 3107 Summertime Ln

**Exhibit 2**

 Restaurants  Hotels  Gas stations  Parking Lots  More